0UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA M. HARRIS-ORR,

    Plaintiff,

                                        Case No. 04-72914

v.

                                        HONORABLE DENISE PAGE HOOD

DAVID WM. RUSKIN and
JULIE LESSER,

    Defendants.

_____/

## JUDGMENT

      In accordance with the Order entered this date, and the Court having entered an Order dismissing this matter;

      Accordingly, judgment is entered in favor of Defendant against Plaintiff.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

Approved:                                            By: s/ Wm. F. LEWIS
                                                              Deputy Clerk

s/ DENISE PAGE HOOD
DENISE PAGE HOOD
United States District Judge

DATED: September 27, 2005

Detroit, Michigan